```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------X          O R D E R
JO ANN CRAIG,

                Plaintiff,                CV-06-1094 (JG)

     -against-

CITY OF NEW YORK,

                Defendants.
-------------------------------X
```

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT. E.D.N.Y. ★ MAR 21 2006 ★ BROOKLYN OFFICE

An initial conference will be held in the above-captioned case on June 29, 2006 at 12:45 P.M., before the Honorable Joan M. Azrack, United States Magistrate Judge, in **Room 1210S** at 225 Cadman Plaza East, Brooklyn, New York. In the event the complaint is answered before the above date and you would prefer a conference sooner, of if this case becomes eligible for Arbitration, please contact Magistrate Azrack's chambers at **718-613-2530**. All counsel must be present.

**<u>Plaintiff's counsel is requested to confirm with defendant's counsel that all necessary participants are aware of this conference</u>**. No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference.

        SO ORDERED.

Dated: Brooklyn, New York
       March 20, 2006

                                  s/Joan M. Azrack
                                  JOAN M. AZRACK
                                  UNITED STATES MAGISTRATE JUDGE