```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------X       O R D E R
JO ANN CRAIG,

                    Plaintiff,         CV-06-1094 (JG)

        -against-

CITY OF NEW YORK,

                    Defendants.
-------------------------------X
```

An initial conference will be held in the above-captioned case on June 29, 2006 at 12:45 P.M., before the Honorable Joan M. Azrack, United States Magistrate Judge, in **Room 1210S** at 225 Cadman Plaza East, Brooklyn, New York. In the event the complaint is answered before the above date and you would prefer a conference sooner, of if this case becomes eligible for Arbitration, please contact Magistrate Azrack's chambers at **718-613-2530**. All counsel must be present.

**Plaintiff's counsel is requested to confirm with defendant's counsel that all necessary participants are aware of this conference**. No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference.

SO ORDERED.

Dated: Brooklyn, New York
       March 20, 2006

                              s/Joan M. Azrack
                              _____
                              JOAN M. AZRACK
                              UNITED STATES MAGISTRATE JUDGE